```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEWART M. YOUNG
    Assistant U.S. Attorney
 3  California State Bar No. 234889
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6228
    E-mail: stewart.young@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

08 APR 14 PM 3:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '08 CV 0675 BTM BLM |
| Plaintiff, | NOTICE OF LIS PENDENS |
| v. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| Defendant. | |

**OWNER OF RECORD: KEVIN D. KENNEDY**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at 9411 Vista Aleta, Valley Center, California, and All Improvements and Appurtenances Affixed Thereto. The defendant property is more particularly described as:

**ASSESSORS PARCEL NO. 185-181-11-00**

**THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 11 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, AS FURTHER DESCRIBED.**

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug

1  trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture
2  proceeding pending in the United States District Court for the Southern District of California.
3      The owner of record of the above-described property is Kevin D. Kennedy.
4      BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States,
5  all right, title and interest in said property shall vest in the United States upon commission of the
6  act giving rise to the forfeiture.
7      DATED: April 14, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Stewart M. Young*
STEWART M. YOUNG
Assistant U.S. Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. |  |
| ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, |  |
| Defendant. |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA  )
                      ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED THAT:

I, Lilian Ruiz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to Kevin D. Kennedy, 1221 Adobe Terrace, Vista, California.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

LILIAN RUIZ