1 KAREN P. HEWITT
United States Attorney
2 LEAH R. BUSSELL
Assistant U.S. Attorney
3 California State Bar No. 141400
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California  92101-8893
5 Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

6
Attorneys for Plaintiff
7 United States of America

8                               UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Case No. 08cv0673-BTM(BLM) |
| 11 | Plaintiff, ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| 13 | ONE RESIDENTIAL PROPERTY ) LOCATED AT 9411 VISTA ALETA, ) | |
| 14 | VALLEY CENTER, CALIFORNIA, ) AND ALL IMPROVEMENTS ) | |
| 15 | AND APPURTENANCES ) AFFIXED THERETO, ) | |
| 16 | Defendant. ) | |
| 17 | _____ ) | |

18     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20     I certify that I am admitted to practice in this court or authorized to practice under Civil Local

21 Rules 83.3.c.3-4.

22     The following government attorney (who is admitted to practice in this court or authorized to

23 practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead

24 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity

25 in this case:

26     <u>Name</u>

27     N/A

28 //

1
2   Effective this date, the following attorneys are no longer associated with this case and should
3   not receive any further Notices of Electronic Filings relating to activity in this case:
4   Name
5   N/A
6   Please call me if you have any questions about this notice.
7   DATED: April 15, 2008.
8
9                                         Respectfully submitted,
10                                        KAREN P. HEWITT
                                          United States Attorney
11                                        s/ Leah R. Bussell
12                                        LEAH R. BUSSELL
                                          Assistant United States Attorney
13                                        Attorneys for Plaintiff
                                          United States of America
14                                        Email: leah.bussell@usdoj.gov