| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>JDIS ✓ |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08cv0673-JAH(LSP) |
|---|---|
| DEFENDANT<br>ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CA | TYPE OF PROCESS **POST** (AND PUBLISH) |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>ONE RESIDENTIAL PROPERTY LOCATED AT |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>9411 VISTA ALETA, VALLEY CENTER, CA |

FILED JUL - 3 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY KNH DEPUTY

RECEIVED 2008 JUN 18 AM 8:51 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

LEAH R. BUSSELL, Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Number of process to be served with this Form-285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

### DEA Case No. RV-07-0021; CATS ID 08-DEA-498803

Attached are copies of the Complaint for Forfeiture, Ad order, and Notice of Complaint. Please publish the Notice in a newspaper of general circulation for three (3) consecutive weeks and advise this office of the dates notice is published by return receipt. Please also **post notice of the complaint on the defendant property**.

| Signature of Attorney or other Originator requesting service on behalf of: *Leah R. Bussell/mu* LEAH R. BUSSELL, AUSA  ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(619)557-7366 | DATE<br>June 10, 2008 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>C Brush | Date<br>6/18/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 27JN08  Time 1045 pm

Signature of U.S. Marshal or Deputy
Eric Smidt

| Service Fee<br>$45- | Total Mileage Charges (including endeavors)<br>$44.14 | Forwarding Fee | Total Charges<br>$89.14 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

Complaint for Forfeiture taped to front door of residence. Property is extremely trashed (much debris & damage from illegal activity) & does not appear to be occupied at this time. Exterior doors were secured to extent possible. I was not able to inspect large detached garage due to locked doors.

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt