| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | LEAH R. BUSSELL |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 141400 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6962 |
|   | E-mail: leah.bussell@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08cv0673-JAH(LSP) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF AND |
| | ) | REQUEST FOR CLERK'S |
| v. | ) | ENTRY OF DEFAULT AS |
| | ) | TO ALL POTENTIAL |
| ONE RESIDENTIAL PROPERTY | ) | CLAIMANTS |
| LOCATED AT 9411 VISTA ALETA, | ) | |
| VALLEY CENTER, CALIFORNIA, | ) | |
| AND ALL IMPROVEMENTS | ) | |
| AND APPURTENANCES | ) | |
| AFFIXED THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Leah R. Bussell, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On April 14, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On June 27, 2008, the Complaint was posted on the front door of the residence by a duly authorized United States Marshal.

On June 11, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

//

| Name and Address | Article No. | Result |
|---|---|---|
| Kevin D. Kennedy<br>1221 Adobe Terrace<br>Vista CA 92081-6335 | 7004 2510 0003 3017 4212 | Signed for as received on 6/15/08 |
| William K. Mueller, Esq.<br>400 S. Melrose Drive, Suite 101<br>Vista CA 92081 | 7004 2510 0003 3017 4199 | Signed for as received on 6/12/08 |
| Paul W. Wylie<br>Agent for Service of Process<br>Metrocities Mortgage Corp.<br>15301 Ventura Blvd., Suite D320<br>Sherman Oaks CA 91403 | 7004 2510 0003 3017 4205 | Signed for as received on or about 6/16/08 |

On July 15, 22 and 29, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September, 2008.

s/ Leah R, Bussell
LEAH R. BUSSELL
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: leah.bussell@usdoj.gov