# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

United States of America,
        Plaintiff(s)

        V.    **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Residential Property Located at 9411 Vista Aleta, Valley Center, California
And all improvements and appurtenances affixed thereto,
        Defendant(s)

**CASE NUMBER:** 08CV0673-JAH(LSP)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion for judgment by default against all potential claimants is granted and the Defendant is forfeited to the United States.

| November 17, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J.Petersen
(By)
    Deputy Clerk

ENTERED ON November 17, 2008